day, April 22, 1914. For opinion on reargument, see 147 N. Y. Supp. 960. See, also, 148 N. Y. Supp. 1151.

In re WILLCOX et al., Public Service Commission. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the application of William R. Willcox and others, constituting the Public Service Commission, etc., as to Ashland Place Section, Fourth Avenue Subway. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Carr. For former opinion, see 147 N. Y. Supp. 960. See, also, 148 N. Y. Supp. 1150.

WILLCOX v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Smith· G. Willcox against the Erie Railroad Company. No opinion. Motion granted. Order filed. See, also, 162 App. Div. 94, 147 N. Y. Supp. 360.

In re WINTHROP'S ESTATE. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the appraisal of the estate of Robert Dudley Winthrop, deceased, under the acts in relation to taxable transfers of property. No opinion. Order of the Surrogate's Court of Nassau County affirmed, with $10 costs and disbursements.

WONDERLAND AMUSEMENT CO., Appellant, v. PROCTOR, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by the Wonderland Amusement Company against Frederick F. Proctor, Jr. C. E. Treadwell, of New York City, for appellant. M. F. Tompkins, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WOOLF, Appellant, v. HAMBURGER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Nathan L. Woolf against Isaac Hamburger and others. E. J. Myers, of New York City, for appellant. H. S. Gans, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

In re WOOLLEY. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) In the matter of the judicial settlement of the account of Daniel S. Woolley. No opinion. Motion for resettlement denied. We see no reason to interfere with the discretion of the surrogate in refusing to make the costs of this accounting payable out of the estate. See, also, 147 N. Y. Supp. 518.

WYGODSKY ENGINE CO., Appellant, v. HAMILTON TERMINAL CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by the Wygodsky Engine Company against the Hamilton Terminal Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNG, Respondent, v. SEAMON, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Teddy Young against Harvey Seamon. No opinion. Judgment and order unanimously affirmed, with costs.

In re ZBOROWSKI. (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of Margaret Laura Zborowski, deceased. No opinion. Order (84 Misc. Rep. 342, 145 N. Y. Supp. 1101) affirmed, with costs, on the opinion of Surrogate Fowler. Order filed.

ZIENER, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by William Ziener against George W. Linch, as receiver, etc. C. H. Tuttle, of New York City, for appellant. J. L. Wells, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the respondent stipulates to reduce the verdict to $3,500, in which event the judgment, as so reduced, and the order appealed from, will be affirmed, without costs. Settle order on notice. See, also, 148 N. Y. Supp. 1151.

ZIENER v. LINCH. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by William Ziener against George W. Linch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 App. Div. 890, 138 N. Y. Supp. 1151; 148 N. Y. Supp. 1151.

ZORN, Appellant, v. PENDLETON, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Sarah Zorn against Edwin S. Pendleton and another. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on authority of Theodore Zorn v. Pendleton, 148 N. Y. Supp. 870, decided herewith.

END OF CASES IN VOL. **148**

✱